AO 442 (Rev. 11/11) Arrest Warrant

FID 9514676

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
AUG 17 2017

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Earlon Maurice Gerald | ) | Case No.  4:14CR00254-001 BHH |
| | ) | |
| | ) | 17-mj-01183-MEH |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Earlon Maurice Gerald                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

See Petition

Date:   08/16/2017

s/Sharon Welch Meyer
Deputy Clerk   *Issuing officer's signature*

City and state:   Florence SC

ROBIN L. BLUME, CLERK OF COURT
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* AUG 17 2017, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |

♦Prob 12C
(Rev. 08/15 - D/SC)

# United States District Court

for

District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Earlon Maurice Gerald          **Case Number:** 4:14CR00254-001

**Name of Sentencing Judicial Officer:** The Honorable Bruce Howe Hendricks, United States District Judge

**Date of Original Sentence:** April 7, 2015

**Original Offense:** Count 1: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

**Original Sentence:** The defendant was committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of thirty (30) months. Upon release from imprisonment, the defendant shall be on supervised release for a term of three (3) years. The defendant shall comply with the following special conditions: 1) The defendant shall satisfactorily participate in a drug testing program, as approved by the U.S. Probation Office. The defendant shall contribute to the costs of such treatment not to exceed an amount determined reasonable by the court approved "U.S. Probation Office's Sliding Scale for Services", and shall cooperate in securing any applicable third-party payment, such as insurance or Medicaid; 2) The defendant shall participate in a vocational training program as approved by the U. S. Probation Office; 3) The defendant shall enroll in and complete an educational program as approved by the U.S. Probation Office, with the objective of obtaining his GED, unless already obtained during his period of incarceration; and 4) The defendant shall pay a $100 special assessment fee (paid on April 6, 2017).

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** September 30, 2016

**Assistant U.S. Attorney:** Alfred W. Bethea, Jr.     **Defense Attorney:** Williams F. Nettles, IV

**Previous Court Action/Notification(s):** On April 14, 2017, the Court was notified of an arrest for Shoplifting and the probation officer requested 50 hours of community service. Mr. Gerald was issued a written reprimand for his conduct. On April 21, 2017, Your Honor accepted the probation officer's recommendation.

**NOTE:** Mr. Gerald was issued a written reprimand on April 12, 2017, that instructed him to complete fifty (50) hours of community service and that he must enroll in GED classes by April 26, 2017. Mr. Gerald agreed and signed the written reprimand. To this date, Mr. Gerald has not enrolled in GED classes and completed no community service hours. On July 19, 2017, Mr. Gerald was arrested by the South Carolina Highway Patrol for Driving Under the Influence and Driving Under Suspension. According to Lance Corporal B.A. Suggs, Mr. Gerald registered a .26% blood alcohol content during the breathalyzer screening. The defendant appeared on his scheduled court date of August 10, 2017, in the Marion County Magistrate Court in Mullins, South Carolina, and requested a jury trial that has been scheduled for August 25, 2017. Mr. Gerald has been scheduled for a substance abuse assessment at Trinity Behavioral Care in Marion, South Carolina, and the probation officer will closely monitor his alcohol abuse. The probation office suggested six (6) months of location monitoring to limit

⛋Prob 12C  
(Rev. 08/15 - D/SC)

Page 2

Mr. Gerald's movement in the community and bring him back into compliance. Mr. Gerald refused to sign the modification waiver and has requested a hearing concerning the violations.

## PETITIONING THE COURT

[X]   To issue a warrant

[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **New Criminal Conduct: Shoplifting (Citation No. 5012P0697689):** On April 2, 2017, Mr. Gerald was arrested by the Marion Police Department in Marion, South Carolina, for Shoplifting and Harassment 2nd Degree. According to a police report, Mr. Gerald was captured on surveillance cameras at Wal-Mart in Marion, South Carolina, stealing a shopping cart full of beer and meat that totaled $185.21. The Harassment charge was an old warrant that was issued prior to his federal conviction, therefore not affecting his supervision. |
| 2 | **New Criminal Conduct: Driving Under the Influence 1st Offense (Citation No. 6102P0495535):** On July 19, 2017, Mr. Gerald was arrested by the South Carolina Highway Patrol for Driving Under the Influence and Driving Under Suspension. According to Lance Corporal B.A. Suggs, Mr. Gerald registered a .26% blood alcohol content during the breathalyzer screening. The defendant appeared on his scheduled court date of August 10, 2017, in the Marion County Magistrate Court in Mullins, South Carolina, and requested a jury trial that has been scheduled for August 25, 2017. |
| 3 | **New Criminal Conduct: Driving Under Suspension 1st Offense (Citation No. 6102P0495536):** On July 19, 2017, Mr. Gerald was arrested by the South Carolina Highway Patrol for Driving Under the Influence and Driving Under Suspension. The defendant appeared on his scheduled court date of August 10, 2017, in the Marion County Magistrate Court in Mullins, South Carolina, and requested a jury trial that has been scheduled for August 25, 2017. |
| 4 | **Failure to Notify Probation Officer of a Change in Address:** On August 9, 2017, a home visit was conducted and the supervising officer discovered that Mr. Gerald relocated to another address in Marion County. Mr. Gerald failed to notify the supervising officer of this change in address. |

◈ Prob 12C
(Rev. 08/15 - D/SC)

Page 3

5     **Failure to Complete Community Service as Ordered by the Court:** On April 12, 2017, Mr. Gerald signed a modification of conditions waiver to complete fifty (50) hours of community service in response to his Shoplifting arrest. Your Honor accepted the probation officer's recommendation and signed the modification order on April 21, 2017. To this date, Mr. Gerald has completed no community service hours.

6     **Failure to Complete GED as Ordered by the Court:** On April 12, 2017, Mr. Gerald signed a written reprimand stating that in accordance with the Court ordered special conditions, he must enroll in GED classes by April 26, 2017. To this date, Mr. Gerald has not enrolled in GED classes.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 16, 2017

John F. McLaurin
U.S. Probation Officer

Reviewed and Approved By:

Richard W. Perdue
Supervising U.S. Probation Officer

Prob 12C
(Rev. 08/15 - D/SC)

Page 4

## THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

## BOND CONSIDERATION:

☐ Bond to be set at the discretion of the United States Magistrate Judge.

☒ No bond to be set.

☐ Other (specify):

s/ Bruce Howe Hendricks
_____
Bruce Howe Hendricks
United States District Judge

August 16, 2017
_____
Date